**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Tolle v. Spherion of Mid-Ohio, Inc.,* Slip Opinion No. 2017-Ohio-2923.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-2923

THE STATE EX REL. TOLLE, APPELLEE, *v.* SPHERION OF MID-OHIO, INC.,

ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Tolle v. Spherion of Mid-Ohio, Inc.,* Slip Opinion No. 2017-Ohio-2923.]**

*Court of appeals' judgment affirmed on the authority of* State ex rel. Cordell v. Pallet Cos., Inc.

(No. 2015-1717—Submitted April 4, 2017—Decided May 23, 2017.)

APPEAL from the Court of Appeals for Franklin County,

No. 14AP-717, 2015-Ohio-3593.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Cordell v. Pallet Cos., Inc.*, ___ Ohio St.3d ___, 2016-Ohio-8446, ___ N.E.3d ___.

O'CONNOR, C.J., and FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would schedule oral argument and issue a ruling on the merits following oral argument.

————————————

Badnell & Dick Co., L.P.A., and Kelly L. Badnell, for appellee.

Lee M. Smith & Associates Co., L.P.A., and Elizabeth P. Weeden, for appellant Spherion of Mid-Ohio, Inc.

Michael DeWine, Attorney General, and Kevin J. Reis, Assistant Attorney General, for appellant Industrial Commission.

————————————